No. 696, Misc.   HALL v. DEEGAN, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 697, Misc.   LINTS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 702, Misc.   BROWN v. SWENSON, WARDEN.   Sup. Ct. Mo.   Certiorari denied.

No. 711, Misc.   HARKINS v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 712, Misc.   HALPERN v. FOLLETTE, WARDEN. C. A. 2d Cir.   Certiorari denied.

No. 728, Misc.   GARZA v. CRAVEN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 735, Misc.   PEPITONE v. CALIFORNIA ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 741, Misc.   SLEZIAK v. ALASKA.   Sup. Ct. Alaska. Certiorari denied.

No. 751, Misc.   TISNADO v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 754, Misc.   WATKINS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.